IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LARISSA J. GARNER                                                                                              PLAINTIFF

V.                                              NO.  2:11-CV-02015

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                           DEFENDANT

O R D E R

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED this February 3, 2012.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge

+

Page -1-